OFFICE OF DISCIPLINARY COUNSEL *v.* CARRETTA.

[Cite as *Disciplinary Counsel v. Carretta* (1995), 72 Ohio St.3d 42.]

(No. 94-1838—Submitted January 24, 1995—Decided April 19, 1995.)

44

*Geoffrey Stern,* Disciplinary Counsel, and *Alvin E. Mathews,* Assistant Disciplinary Counsel, for relator.

*Carretta, Cornish & Brezine Co., L.P.A.,* and *Donald F. Brezine,* for respondent.

*Per Curiam.* We agree that respondent violated DR 5–107(B), but we find the recommended sanction is not an adequate sanction for the nature of respondent's

conduct. We consider relator's recommendation—a six-month suspension—the more appropriate response to this misconduct. Respondent is, therefore, suspended from the practice of law in Ohio for a period of six months. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT and RESNICK, JJ., dissent.

WRIGHT, J., dissenting. Because I would suspend respondent from the practice of law in Ohio for a period of one year, I respectfully dissent.

RESNICK, J., concurs in the foregoing dissenting opinion.